**FILED**

11/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0596

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0596

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

JOSEPH JOHN MCNAMARA,

     Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 30 2022